UNITED STATES of America, Plaintiff–Appellee

v.

Troy Lynn FORD, also known as White Boy, Defendant–Appellant.

No. 08–31250

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 26, 2009.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, Brett L. Grayson, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Carol B. Whitehurst, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before KING, STEWART and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Troy Lynn Ford has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ford has not filed a response. Our independent review of the record and

---

counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.